UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 15-3793

_____

MARK A. SPEENEY; DAVID M. OESTREICHER; ADRIANA GRECI GREEN

v.

RUTGERS, THE STATE UNIVERSITY; WILLIAM POWERS;
CARPENTER, BENNETT & MORRISSEY; IRVING HURWITZ;
LINDA CELAURO; KATICH, WERSE & PETILLO; DOUGLAS KATICH;
STANLEY WERSE; ALMAN & MICHAELS; EMILY ALMAN, jointly and severally

David M. Oestreicher; Adriana Greci Green,
                                                      Appellants

_____

(D.C. No. 2-02-cv-00959)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  SHWARTZ, COWEN, and ROTH, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellant in the above-entitled case having been

submitted to the judges who participated in the decision of this Court, it is hereby

O R D E R E D that the petition for rehearing by the panel is denied.

BY THE COURT,

<u>s/Patty Shwartz</u>
Circuit Judge

Dated: January 3, 2017
mlr/cc: Bennet D. Zurofsky, Esq.
       Shaji M. Eapen, Esq.